IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01652-PAB-MEH

JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

      Plaintiffs,

v.

COLORADO KILTS, INC., d/b/a Tilted Kilt Pub & Eatery, an Arizona corporation, and
CCP/MS SSIII DENVER TABOR CENTER 1 PROPERTY OWNER, LLC, a Delaware limited liability company,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2011.**

      The Notice of Settlement and Stipulated Motion to Vacate Scheduling Conference [filed September 20, 2011; docket #15] is **granted**. The Scheduling Conference currently set for September 28, 2011 is **vacated**. The parties shall file dismissal papers with the Court **on or before October 21, 2011**.