IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01652-PAB-MEH

JON JAIME LEWIS,
JULIE REISKIN, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

COLORADO KILTS, INC., d/b/a TILTED KILT PUB & EATERY,
an Arizona corporation, and
CCP/MS SSIII DENVER TABOR CENTER 1 PROPERTY OWNER, LLC, a
Delaware limited liability company,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the parties' Joint Request for Approval of Consent Decree [Docket No. 23]. The parties have reached a settlement and request that the Court approve a Consent Decree and enter judgment pursuant to its terms.[1] *See* Docket No. 23 at 1; Docket No. 23-1 at 2, § 2.1.2. The Court having reviewed the Joint Request and the attached Consent Decree, it is

**ORDERED** that the Joint Request for Approval of Consent Decree [Docket No. 23] is GRANTED. It is further

**ORDERED** that the Consent Decree entered into between the parties [Docket

---

[1] The parties further request that the Court retain jurisdiction over this matter. There is no need to both enter final judgment pursuant to the Consent Decree's terms and separately retain jurisdiction. *See Floyd v. Ortiz*, 300 F.3d 1223, 1226 (10th Cir. 2002) ("A trial court retains jurisdiction to enforce consent decrees.").

No. 23-1] is adopted as an Order of the Court and judgment shall enter accordingly.  It is further

**ORDERED** that this matter shall be closed in its entirety.

DATED November 2, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge